Núm. 65.—MONTANER, Admor., recurrente, *v.* COMISIÓN INDUSTRIAL DE PUERTO RICO, dmdada. y J. R. NIEVES & Co., patrono ante la Comisión.—Original. Recurso de Revisión. Enero 12, 1939.

(Por la Corte, a. propuesta del Juez Asociado Sr. De Jesús.)

POR CUANTO, el recurrente no acompaña su solicitud de revisión con una copia certificada de la orden o decisión de la Comisión Industrial cuya revisión se pide.

POR CUANTO, visto el artículo 11 de la Ley núm. 45 de 18 de abril de 1935 (Leyes de ese año, (1) págs. 251–289), no ha lugar por ahora a la revisión solicitada.

Núm. 20.—IRIZARRY ET ALS., promoventes, *v.* MUNICIPIO DE COAMO, dmdado.—Original. *Injunction.* Enero 16, 1939.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la Ley para definir los *injunctions,* etc., aprobada en 8 de marzo de 1906 (artículos 675 *et seq.* del Código de Enjuiciamiento Civil, ed. de 1933, pág. 276) y los casos de *Santaella* v. *Garrido, Comisionado,* 50 D.P.R. 147; *Héreter* v. *Reguero, et al.,* 40 D.P.R. 925, y *Rodríguez* v. *Saldaña,* 38 D.P.R. 397, no ha lugar a la solicitud de *injunction.*